SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Major Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2005

at \_\_ o'clock and \_\_ min. \_\_
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00289 HG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Count 1: 18 U.S.C. §§ 922(g)(3) & 924(a)(2) |
| RORY LEE KOI, | ) | Count 2: 26 U.S.C. §§ 5841, 5861(d) & 5871 |
| Defendant. | ) | |

### INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury charges that:

On or about September 23, 2004, in the District of Hawaii, the defendant RORY LEE KOI then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm as that term is defined in Title 18, United States Code, Sections 921(a)(3)(D) and 921(a)(4)(A), to wit, a

UNSEALED BY ORDER OF THE COURT

DATE: _____

"destructive device" which also is known as a "bomb" and a device similar to a "bomb."

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2
(26 U.S.C. §§ 5841, 5861(d), & 5871))

The Grand Jury further charges that:

On or about September 23, 2004, in the District of Hawaii, the defendant RORY LEE KOI did knowingly possess a firearm as that term is defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f)(1)(A) & (F), to wit, a "destructive device" which also is known as a "bomb" and a device similar to a "bomb" not registered to him as required in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

DATED: July 7, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. RORY LEE KOI
Cr. No.          (Indictment)

2