# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00289HG

CASE NAME:          United States of America Vs. Rory Lee Koi

ATTYS FOR PLA:      Marshall H. Silverberg

ATTYS FOR DEFT:     Richard D. Gronna

INTERPRETER:

JUDGE:    Leslie E. Kobayashi           REPORTER:    C7-FTR2:13:32

DATE:     1/10/06                       TIME:        2:11am-2:32am

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew- Defendant present not in Custody.

Defendant Sworn in.

Court questions the Defendant.

Consent to Rule 11 Plea in a Felony Case before U.S. Magistrate Judge signed and filed.

No Plea Agreement.

Defendant enters a Plea of Guilty as to Counts 1 and 2 of the Indictment.

Court accepts the Guilty Plea and recommends the Defendant be adjudged Guilty as to Counts 1 and 2 of the Indictment.

Report and Recommendation as to the acceptance of the Guilty Plea signed by Judge Kobayashi.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for 7/6/2006 @1:30 p.m. before Judge Gillmor.

Defendant to continue on the present bail conditions.

Trial Date-1/24/2006 is hereby vacated.

Submitted by Leslie L. Sai, Courtroom Manager