ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00289 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT TO RULE 11 PLEA IN A |
| vs. | ) | FELONY CASE BEFORE UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| RORY LEE KOI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed. R. Crim. P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed. R. Crim. P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: Honolulu, Hawaii, _____1/10/06_____.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

APPROVED:

_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA v. RORY LEE KOI;  CR. NO. 05-00289 HG; CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES <u>MAGISTRATE JUDGE</u>

-2-