EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@USDOJ.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00289 HG |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF THE |
| | ) | UNITED STATES; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| RORY LEE KOI, | ) | Sentencing date: 07/06/06 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Chief Judge Helen Gillmor |
| | ) | |

**SENTENCING STATEMENT OF THE UNITED STATES**

      The United States has no objections or comments to the

Proposed Presentence report.

      DATED:  May 25, 2006, at Honolulu, Hawaii.

                         EDWARD H. KUBO, JR.
                         United States Attorney
                         District of Hawaii


                         By /s/ Marshall H. Silverberg
                           MARSHALL H. SILVERBERG
                           Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by First Class mail</u>:

Richard Gronna, Esq.
820 Mililani Street
Suite 502
Honolulu, HI  96813

Attorney for Defendant
RORY LEE KOI

<u>Served by Hand Delivery</u>:

Ann Shimokawa
U. S. Probation Officer
Honolulu, Hawaii

DATED:  May 26, 2006, at Honolulu, Hawaii.


                              /s/ Cheri Abing