# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00289HG |
| CASE NAME: | U.S.A. v. RORY LEE KOI |
| ATTYS FOR PLA: | Marshall H. Silverberg |
| ATTYS FOR DEFT: | Richard D. Gronna |
| U.S.P.O: | Anne M. Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | July 6, 2006 | TIME: | 1:30 - 2:17 |

COURT ACTION: SENTENCING AS TO COUNT 1 AND 2 OF THE
        INDICTMENT -
    DEFENDANT RORY LEE KOI'S MOTION FOR A
        SENTENCE BELOW THE RECOMMENDED
        SENTENCING GUIDELINE RANGE -

    The defendant is present on bond.
    The Defendant's Motion for a Sentence Below the Recommended Sentencing Guideline Range is DENIED.

    Allocution by the defendant.

    ADJUDGED: Impr of 1 mos., as to each count to run concurrently.

    SUPERVISED RELEASE: 2 yrs., as to each count, to run concurrently,
        upon the following conditions:

1.  That the defendant shall abide by the standard conditions of supervision.

2.  That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the fine of $3,000.00 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision and home detention on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

9. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non- working hours and shall not leave his residence without the approval of the Probation Office, except to attend medical and children related activities. These activities include teacher conferences, but do not

   include picking up or dropping off children for school or other activities.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn      leave as determined by the Probation Office. The defendant also will be     responsible for the payment of the electronic monitoring costs as directed by the   Probation Office.

   Special Assessment: $200.00.
   Advised of rights to appeal the sentence, etc.
  MITTIMUS: The defendant shall surrender for service of sentence by 2:00 p.m. on August 31, 2006 to the United States Marshal for the District of Hawaii.

Submitted by: David H. Hisashima, Courtroom Manager

Submitted by: Mary Rose Feria, Courtroom Manager