

**U.S. Department of Justice**

United States Attorney
District of Hawaii

---

PJKK Federal Building          (808) 541-2850
300 Ala Moana Blvd., Room 6-100    FAX (808) 541-2958
Honolulu, Hawaii 96850

January 9, 2006

Hon. Leslie E. Kobayashi
U.S. Magistrate Judge
U.S. District Judge
300 Ala Moana Blvd.
Honolulu, HI  96850

LEFT SIDE

      Re:  United States v. Rory Lee Koi
           Cr. No. 05-00289 HG (USDC-Hawaii)

Dear Judge Kobayashi:

    It is our understanding that the defendant in the referenced matter intends to plead guilty as charged without a plea agreement. The change of plea hearing is set for tomorrow at 2:00.

    The maximum statutory penalties for each count include: (1) ten years imprisonment; (2) a fine of $250,000; (3) a term of supervised release of not less than two years and not more than three years; and (4) a $100 special assessment.

    We have enclosed a copy of the indictment for your convenience.

                               Very truly yours,

                               EDWARD H. KUBO, JR.
                               United States Attorney
                               District of Hawaii

                   BY: _____
                               MARSHALL H. SILVERBERG
                               Assistant U.S. Attorney

cc: Richard Gronna, Esq.